No. 80–812. MESCALERO APACHE TRIBE *v.* O'CHESKEY, COMMISSIONER OF REVENUE OF NEW MEXICO, ET AL., 450 U. S. 959 and 455 U. S. 929. Second motion for leave to file petition for rehearing denied.

NOVEMBER 23, 1982

No. 81–876. ST. LUKE'S FEDERATION OF NURSES & HEALTH PROFESSIONALS *v.* PRESBYTERIAN/ST. LUKE'S MEDICAL CENTER; BETH ISRAEL FEDERATION OF NURSES & HEALTH PROFESSIONALS *v.* BETH ISRAEL HOSPITAL AND GERIATRIC CENTER; and ST. ANTHONY FEDERATION OF NURSES & HEALTH PROFESSIONALS *v.* ST. ANTHONY HOSPITAL SYSTEMS. C. A. 10th Cir. Stipulation to dismiss the petition for writ of certiorari to review the judgments entered July 8, 1981, July 20, 1981, and August 4, 1981, was filed, and the cases were dismissed pursuant to this Court's Rule 53. Reported below: 653 F. 2d 450 (first case); 677 F. 2d 1343 (second case); 655 F. 2d 1028 (third case).

NOVEMBER 29, 1982

No. 81–872. TURNER, FORMER DIRECTOR OF CENTRAL INTELLIGENCE *v.* JORDAN. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 53.

No. 82–574. STEVENSON ET AL. *v.* SOUTH CAROLINA STATE CONFERENCE OF BRANCHES OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., ET AL. Affirmed on appeal from D. C. S. C.

No. 82–567. WILLIAMS ET AL. *v.* CHEETWOOD & DAVIES. Appeal from Ct. App. Ohio, Wood County, dismissed for want of substantial federal question.